**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 11, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00022-CR

---

### IN RE CHRISTIAN JIMINEZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Criminal Court at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2436233**

---

## MEMORANDUM OPINION

On Wednesday, January 11, 2023, relator Christian Jiminez filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Darrell Jordan, presiding judge of the County Criminal Court at Law No. 16 of Harris County, to vacate the trial court's December 12, 2022 order for show cause hearing.

Relator had not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus without prejudice.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).